# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KLEVA BALLIU,

        Plaintiff,

v.                                  Case No.: 6:23-cv-1023-WWB-DCI

AP OF SOUTH FLORIDA, LLC,

        Defendant.

## **ORDER**

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. 20), filed January 26, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on January 29, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record